IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDI L. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1503 |
| | ) | Judge Joy Flowers Conti |
| JOHN E. POTTER, Postmaster General | ) | Magistrate Judge Lisa Pupo Lenihan |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff's Complaint was received by the Clerk of Court on October 1, 2004 and was subsequently referred to United States Magistrate Judge Lisa Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on November 1, 2005 (Doc. # 31), recommended that Defendant's Motion for Summary Judgment be granted. Service was made on all parties. Objections to the Report and Recommendation were filed on November 14, 2005, and Defendant's Responses to the Objections were filed on November 16, 2005. After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 22nd day of November, 2005:

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment be granted.

The Report and Recommendation of Magistrate Judge Lenihan is adopted as the Opinion of the Court.

/s/ Joy Flowers Conti
Hon. Joy Flowers Conti
United States District Judge

Dated: November 22, 2005

cc: Dirk D. Beuth, Esq.
Law Offices of Neal A. Sanders
1924 North Main St. Extension
Butler, PA  16001
Counsel for Plaintiff

Lee J. Karl, Esq.
Asst. U.S. Attorney
Western District of Pennsylvania
700 Grant St., Suite 4000
Pittsburgh, PA  15219
Counsel for Defendant